

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2015

No. 04-15-00202-CV

**IN RE** Nasser **NAKISSA** and Estrella Medical Masters, LTD.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Patricia O. Alvarez, Justice

On April 7, 2015, relators Nasser Nakissa and Estrella Medical Masters, LTD. filed a petition for writ of mandamus with a motion for immediate temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for immediate temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 7, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015CI00124, styled *Nasser Nakissa and Estrella Medical Masters, LTD. v. Laura Felix Cortez, AR Coley, LLC and Coley Mortgage Investments, Inc.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.